

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00235-CR

The **STATE** of Texas,
Appellant

v.

Kimberly Crystal **STORY**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0950-CR
Honorable Dwight E. Peschel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the trial court's order granting the motion to suppress is AFFIRMED.

SIGNED April 17, 2013.

_Karen Angelini_
Karen Angelini, Justice